```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION


                       CIVIL MINUTES--GENERAL
```

Case No.   CV 11-8483-GHK (AJW)              Date: November 13, 2012

Title: <u>Robert L. Fields v. Lewis</u>
================================================================
**PRESENT:**    HON.  <u>ANDREW J. WISTRICH</u>, MAGISTRATE JUDGE

    <u>Ysela Benavides</u>            _____
      Deputy Clerk               Court Reporter

**ATTORNEYS FOR PETITIONER:**          **ATTORNEYS FOR RESPONDENT(S):**
    None Present                          None Present

**ORDER TO SHOW CAUSE**

On December 1, 2011, petitioner filed a motion seeking a stay of this case so that he could exhaust his state remedies with respect to grounds four through seven of the petition.  His motion was granted on December 7, 2011, and petitioner was directed to file and serve status reports informing the Court of his progress every sixty days.  Petitioner's last status report was filed on March 5, 2012 – more than eight months ago.

Petitioner shall have twenty-one (21) days from the date of this order to show cause why the stay should not be vacated and his mixed petition dismissed without prejudice.  Petitioner's failure to timely reply will be deemed his consent to the dismissal of this case.

**IT IS SO ORDERED.**

cc:  Parties

MINUTES FORM 11                              Initials of Deputy Clerk_____
CIVIL-GEN