**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **ROBERT L. FIELDS,** | Case No. CV 11-8483-GHK (AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **LEWIS, Warden,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: 5/14/13

_____
George H. King
United States District Judge